UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD C. SMITH, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>KOHLWEISS, INC., et al.,<br><br>　　　　Defendants. | Case No: C 11-239 SBA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>Docket 21 |

　　Pursuant to the parties' Stipulation to Extend Time to Respond to First Amended Complaint for Violation of Civil Rights, Defendants shall have until June 29, 2011 to file an answer or motion to dismiss to Plaintiffs' first amended complaint and the hearing on Defendant's motion to dismiss Plaintiff's initial complaint scheduled for June 14, 2011 is VACATED.

　　IT IS SO ORDERED.

Dated: June 9, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge